# AFFIDAVIT OF NON SERVICE

Client's File No.: vizcaino vs.

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-CV-06969-EK-
COUNTY OF EASTERN



MARTIRE VIZCAINO

*Plaintiff*

vs

RENAISSANCE HOME HEALTH CARE

*Defendant*

STATE OF NEW YORK , COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   . That on the following date: 11/23/2022 , at the following time: 1:21 PM ,
at 267 DOUGLASS STREET, 3RD FLR , BROOKLYN, NY 11217 , deponent attempted to serve the within
Summons in a Civil Action - COMPLAINT - CIVIL COVER SHEET

upon RENAISSANCE HOME HEALTH CARE
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
267 DOUGLASS STREET, 3RD FLR , BROOKLYN, NY 11217
deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: THEY ARE NO LONGER LOCATED HERE

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 11/23/2022 | 1:21 PM | 267 DOUGLASS STREET, 3RD FLR , BROOKLYN, NY 11217 |

Sworn to before me on 12/03/2022

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

MOHAMED ELAZABAWY
DCA License # 2037672

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*